

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2006 ★

PMP

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

Mailing Address: *147 Pierrepont Street*
*Brooklyn, New York 11201*

**BROOKLYN OFFICE**

June 16, 2006

grant + set new date

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Leonel Aybar
     Criminal Docket No. 06-131 (JG)

Dear Judge Gleeson:

The United States respectfully submits this letter to request a brief adjournment of the status conference scheduled in this case for June 23, 2006. The government will be out of town on that date, and requests that the status conference be moved to sometime the next week. Defense counsel consents to this request. Both parties would be able to attend a status conference on June 29, 2006, if that date is agreeable to the Court.

Thank you for your consideration.

Granted
6/29/06
11:30 pm
s/John Gleeson

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: Paige Petersen
Paige Petersen
Assistant U.S. Attorney
(718) 254-7584

cc: Todd Merer, Esq.