UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

Leonel Aybar

Docket No. 06-CR-131

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 6 ★
BROOKLYN OFFICE

## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U.S. Attorney
by AUSA

_____
Defendant's Attorney

Dated: Brooklyn, New York

9-6-06

BEFORE:  s/Joan M. Azrack
_____
UNITED STATES MAGISTRATE JUDGE